B1 (Official Form 1) (04/13)

| United States Bankruptcy Court SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION | Voluntary Petition |
|---|---|

**Name of Debtor (if individual, enter Last, First, Middle):**
**Energy Oilfield Services LLC**

**Name of Joint Debtor (Spouse) (Last, First, Middle):**

All Other Names used by the Debtor in the last 8 years
(include married, maiden, and trade names):

All Other Names used by the Joint Debtor in the last 8 years
(include married, maiden, and trade names):

Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):
**80-0575515**

Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):

Street Address of Debtor (No. and Street, City, and State):
**15425 North Freeway**
**Ste 140**
**Houston, TX**
ZIP CODE **77090**

Street Address of Joint Debtor (No. and Street, City, and State):
ZIP CODE

County of Residence or of the Principal Place of Business:
**Harris**

County of Residence or of the Principal Place of Business:

Mailing Address of Debtor (if different from street address):
**15425 North Freeway**
**Ste 140**
**Houston, TX**
ZIP CODE **77090**

Mailing Address of Joint Debtor (if different from street address):
ZIP CODE

Location of Principal Assets of Business Debtor (if different from street address above):
**5720 Valley St. Ste 19, Alvarado, TX; 9545 US Hwy 87, San Antonio TX; 1800 FM 1936, Odessa, TX**
ZIP CODE

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**   (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee**  (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:         Chapter 11 Debtors**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.9.3, ID 2998562430)*

B1 (Official Form 1) (04/13)                                                      **Page 2**

## Voluntary Petition
*(This page must be completed and filed in every case.)*

Name of Debtor(s): **Energy Oilfield Services LLC**

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** _____<br>                                         Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                         _____<br>                              (Name of landlord that obtained judgment)

                         _____<br>                             (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.9.3, ID 2998562430)*

B1 (Official Form 1) (04/13)                                                                                                                   Page 3

| **Voluntary Petition** | Name of Debtor(s):   **Energy Oilfield Services LLC** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney***

X  **/s/ Reese W. Baker**
_____
**Reese W. Baker**                    Bar No. **01587700**

**Baker & Associates**
**5151 Katy Freeway**
**Suite 200**
**Houston, TX 77007**

Phone No.**(713) 869-9200**          Fax No.**(713) 869-9100**

**9/25/2015**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Energy Oilfield Services LLC**

X  **/s/ Carl T. Mitchell**
_____
Signature of Authorized Individual

**Carl T. Mitchell**
_____
Printed Name of Authorized Individual

**President**
_____
Title of Authorized Individual

**9/25/2015**
_____
Date

Address
_____
X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.9.3, ID 2998562430)*

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Energy Oilfield Services LLC**                                   Case No.

                                                                           Chapter     11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| PlainsCapital Bank<br>6221 Riverside Dr.<br>Suite 105<br>Irving, TX 75039 | | Loan | | **$1,581,017.34**<br><br>**Value: $30,000.00** |
| PlainsCapital Bank<br>6221 Riverside Dr.<br>Suite 105<br>Irving, TX 75039 | | Line of Credit | | **$1,081,439.31**<br><br>**Value: $554,412.36** |
| PlainsCapital Bank<br>6221 Riverside Dr.<br>Suite 105<br>Irving, TX 75039 | | Loan | | **$195,725.88**<br><br>**Value: $0.00** |
| Fluid Systems Inc.<br>16619 Aldine Westfield Rd<br>Houston, TX 77032 | | Unsecured Debt | | **$174,389.00** |
| Dynamic Oilfield Services<br>PO BOX 9339<br>Corpus Christi TX 78469 | | Unsecured Debt | | **$163,452.64** |
| Rig Site Rental<br>PO BOX 11330<br>Spring, TX 77379 | | Unsecured Debt | | **$156,371.90** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE:   **Energy Oilfield Services LLC**                                    Case No.

                                                                                            Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| D&D Power<br>PO BOX 532618<br>Atlanta, GA 30353 | | Unsecured Debt | | **$123,136.44** |
| Kubco Decanter Services Inc<br>8031 Breen Road<br>Houston, TX 77064 | | Unsecured Debt | | **$119,166.00** |
| Genesis Services Inc<br>PO BOX 1914<br>Crowley, LA 70527 | | Unsecured Debt | | **$117,806.23** |
| Kirby-Smith<br>KSM Exchange<br>PO BOX 270360<br>Oklahoma City, OK 73137 | | Unsecured Debt | *Disputed* | **$61,761.72** |
| Chris Burns Welding<br>PO Box 9<br>Sunset, TX 76270 | | Unsecured Debt | | **$57,619.53** |
| McAnear Machinery<br>PO BOX 980<br>Nemo, TX 76070 | | Unsecured Debt | | **$46,633.03** |
| Mays Welding Service Inc.<br>PO BOX 597<br>Cotulla, TX 78014 | | Unsecured Debt | | **$40,670.99** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:  **Energy Oilfield Services LLC**

Case No.

Chapter      **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Lightning Oilfield Services<br>PO BOX 41047<br>Baton Rouge LA 70835 | | Unsecured Debt | | **$30,653.02** |
| BCR Services, LLC<br>446 W Arlington Place<br>Chicago, IL 60614 | | Unsecured Debt | | **$30,420.00** |
| Advanced Solids Control LLC<br>500 N. Water Street Suit 401<br>Corpus Christi, TX 78401 | | Unsecured Debt | | **$23,923.25** |
| GreySun Rental Services<br>28075 FM 2978 Rd Ste C<br>Magnolia, TX 77354 | | Unsecured Debt | *Disputed* | **$21,495.90** |
| CenTex Centrifuge Rentals<br>16505 I-45 South<br>Willis, TX 77318 | | Unsecured Debt | | **$20,651.61** |
| Ford Credit<br>P.O. Box 650575<br>Dallas, Texas 75265 | | Loan | | **$32,971.45**<br>**Value: $13,000.00** |
| Screen Logix<br>DEPT 576 PO BOX 4346<br>Houston TX 77210 | | Unsecured Debt | | **$18,683.74** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:   **Energy Oilfield Services LLC**                          Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 3*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.

Date:__**9/25/2015**_____          Signature:__**/s/ Carl T. Mitchell**_____

                                                                                     ***Carl T. Mitchell***
                                                                                     **President**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Energy Oilfield Services LLC**                                   CASE NO

                                                                            CHAPTER     **11**

## COVERSHEET FOR LIST OF CREDITORS

       I hereby certify under penalty of perjury that the attached List of Creditors, which consists of _____ page(s), is true, correct and complete to the best of my knowledge.


Date 9/25/2015 _____                 Signature _/s/ Carl T. Mitchell_____
                                                                   **Carl T. Mitchell**
                                                                   **President**


Date _____                 Signature _____

| | | |
|---|---|---|
| ADT Security Service<br>P.O. Box 371490<br>Pittsburgh, PA 15250-7490 | BCR Services, LLC<br>446 W Arlington Place<br>Chicago, IL 60614 | Dragon Products LTD<br>PO BOX 3127<br>Beaumont, TX 77704 |
| Advanced Solids Control LLC<br>500 N. Water Street Suit 401<br>Corpus Christi, TX 78401 | Blue Line Rental<br>PO BOX 840062<br>Dallas, TX 75284 | DXP Enterprises, Inc.<br>PO BOX 201791<br>Dallas, TX 75320 |
| Aerion Rental Services<br>104 Sugarland Dr<br>Broussard, LA 70518 | Bomar and Bomar Inc.<br>10155 W 25th  St.<br>Odessa, TX 79763 | Dynamic Oilfield Services<br>PO BOX 9339<br>Corpus Christi TX 78469 |
| AI Sealling LLC/Raz tech<br>4706 Brookview Dr<br>Sugarland, TX 77479 | CenTex Centrifuge Rentals<br>16505 I-45 South<br>Willis, TX 77318 | Elliott Electric Supply<br>PO BOX 630610<br>Nacogdoches, TX 75963 |
| Airgas USA LLC<br>PO BOX 676015<br>Dallas, TX 75267 | Chris Burns Welding<br>PO Box 9<br>Sunset, TX 76270 | Envirotech<br>7600 Jefferson Circle<br>Colleyville, TX 76034 |
| Allgayer Inc.<br>PO Box 611<br>El Campo, TX 77437 | Chrysler Capital<br>P. O. Box 660335<br>Dallas, TX 75266-0335 | Fluid Systems Inc.<br>16619 Aldine Westfield Rd<br>Houston, TX 77032 |
| Ally Finance<br>P.O. Box 78252<br>Phoenix, AZ 85062-8252 | Cintas Corporation<br>PO BOX 636525<br>Cinnicinnati, OH 45263 | Ford Credit<br>P.O. Box 650575<br>Dallas, Texas 75265 |
| B-line Filter and Supply<br>PO BOX 4598<br>Odessa, TX 79760 | D&D Power<br>PO BOX 532618<br>Atlanta, GA 30353 | Galena Park ISD<br>P.O.Box 113<br>Galena Park, TX 77547 |
| BakerCorp<br>PO BOX 843596<br>Los Angeles, CA 90084 | DC DC Cuttings Disposal Special<br>PO BOX 370<br>Maurice, LA 70555 | Genesis Services Inc<br>PO BOX 1914<br>Crowley, LA 70527 |
| Bay LTD<br>PO BOX 9908<br>Corpus Christi TX 78469 | DNOW<br>PO BOX 200822<br>Dallas, TX 75320 | Gonzales Welding<br>8621 W. 16th<br>Odessa, TX 79763 |

Debtor(s):  **Energy Oilfield Services LLC**       Case No:              **SOUTHERN DISTRICT OF TEXAS**
                                                   Chapter:  **11**                            **HOUSTON DIVISION**

GreySun Rental Services
28075 FM 2978 Rd Ste C
Magnolia, TX 77354

Lone Star Oilfield Service
8049 Bentsen Palm Dr
Mission TX 78754

Prince Energy LLC
PO BOX 71442
Chicago, IL 60694

Henderson Supply Inc.
PO BOX 906
Duncan, OK 73534

Lowery Wholesale
HWY 114 Wesr PO BOX 130
Paradise, TX 76073

Purvis Industries, Ltd.
PO BOX 540757
 Dallas TX 75354

HM Express Oilfield Transportat
6591 FM 2522
Stony, TX 76259

Mayco Chemical
1936 E Hwy 66
El Reno, OK 73036

Rig Site Rental
PO BOX 11330
Spring, TX 77379

Hurd Oilfield Service, Inc.
PO BOX 728
 Jacksboro, TX 76458

Mays Welding Service Inc.
PO BOX 597
Cotulla, TX 78014

Ruff Equipment Inc
PO BOX 130400
The Woodlands, TX 77393

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

McAnear Machinery
PO BOX 980
Nemo, TX 76070

Screen Logix
DEPT 576 PO BOX 4346
Houston TX 77210

Internal Revenue Service
Insolvency Section
1919 Smith St  Stop 5022 HOU
Houston, TX 77002

Mid West Hose & Specialty
PO BOX 96558
Oklahoma City, OK 73143

Sentrimax
108 Sentry Dr
Mandsfield, TX 76063

Kirby-Smith
KSM Exchange
PO BOX 270360
Oklahoma City, OK 73137

Mulligans Catering
1611 West Villard
Dickinson, ND 58601

Sewell Ford
2425 East 8th Street
Odessa, TX 79760

Kubco Decanter Services Inc
8031 Breen Road
Houston, TX 77064

Ochoa Sercvices LLC
2007 N wharton St.
El Campo, TX 77437

Silverback Transport
620 N Grant Suite 1011
Odessa, TX 79761

Light Tower Rentals
2320 East I 20 South Service Rd
Odessa, TX 79766

PlainsCapital Bank
6221 Riverside Dr.
Suite 105
Irving, TX 75039

Smith Oilfield Services
PO BOX 1126
Bridgeport TX 76426

Lightning Oilfield Services
PO BOX 41047
Baton Rouge LA 70835

Platinum Oilfield Services
PO BOX 36
Bridgeport TX 76426

Sun Drilling Products
PO BOX 677543
Dallas ,TX 75267

Debtor(s): **Energy Oilfield Services LLC**         Case No:                                **SOUTHERN DISTRICT OF TEXAS**
                                                                    Chapter: **11**                          **HOUSTON DIVISION**

```
Sure Shot LLC
1405 County  Road 405
Lexington, TX 78947



Terry Brandl Welding
3333 CR 387 Road
 El Campo, TX 77437



W-B Supply Company/ Permian Pump
PO BOX 972586
Dallas, TX 75397



Welding House
705 N Navigation Blvd
Corpus Christi TX 78408



White Star Equipment LLC
PO BOX 1212
Sherman TX 75091
```