**Energy Oilfield Services LLC**
**3-WEEK CASH BUDGET**                                                                                                                                               SEPTEMBER / OCTOBER

| | Cash Inflows | 9/25 | 9/26 | 9/27 | 9/28 | 9/29 | 9/30 | 10/1 | 10/2 | 10/3 | 10/4 | 10/5 | 10/6 | 10/7 | 10/8 | 10/9 | 10/10 | 10/11 | 10/12 | 10/13 | 10/14 | 10/15 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From Trade Accounts Receivable | | | | | | | | | | | | | | | | | | | | | | **0** |
| | Other Miscellaneous | | | | | | | | | | | | | | | | | | | | | | **0** |
| | **Total Inflows** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| | **Cash Outflows** | | | | | | | | | | | | | | | | | | | | | | |
| | Payroll & Related | | | | | | | | | | | | | | | | 24,000 | | | | | | **24,000** |
| | Bank Debt & Related | | | | | | | | | | | | | | | | | | | | | | **0** |
| | Insurances | | | | | | 11,500 | | | | | | | | | | | | | | 16,000 | | **27,500** |
| | Rents & Utilities | | | | | | 15,250 | | | | | | | | | | | | | | | | **15,250** |
| | Employee Expense Reports | | | | | | | | | | | | | | | | | | | | | | **0** |
| | Gas Cards | | | | | | 1,250 | | | | | | | | | | | 1,250 | | | | | **2,500** |
| ** | Vehicle Purchasing/Leasing | | | | | | | 1,500 | | | | | | | | | | | | | 1,500 | | **3,000** |
| | Trade Accounts Payable | | | | | | | | | | | | | | | | | | | | | | **0** |
| | State Sales Taxes | | | | | | | | | | | | | | | | | | | | | | **0** |
| | Equipment Rental (Tanks) | | | | 1,320 | | | | | | | | | | | | | | | | | | **1,320** |
| | Equipment Lease (Aerion) | | | | | | | | | | | | | | | | | | | | | 10,000 | **10,000** |
| | Any Other Outgoings | | | | | | | | | | | | | | | | | | | | | | **0** |
| | Screens (Cash Purchase) | | | | | | | 21,000 | | | | | | | | | | | | | | | **21,000** |
| | Vehicle Maintenance | | | | 500 | | | | | | | 500 | | | | | | | 500 | | | | **1,500** |
| | General Maintenance | | | | 300 | | | | | | | 300 | | | | | | | 400 | | | | **1,000** |
| | Rigup Materials | | | | 3,500 | | | | | | | | | | | | | | | | | | **3,500** |
| | Telephones | | | | | | 600 | | | | | | | | | | | | | | | | **600** |
| | Per Diem (Field Hands) | | | | | | | | | | | | | | | | 770 | | | | | | **770** |
| | General Office | | | | | | 100 | | | | | | | | | | | 100 | | | | | **200** |
| | Subscription | | | | | | | 230 | | | | | | | | | | | | | | | **230** |
| | Utilities | | | | | | 2,000 | | | | | | | | | | | | | | | | **2,000** |
| | **Total Outflows** | | 0 | 0 | 0 | 5,620 | 0 | 30,700 | 22,730 | 0 | 0 | 0 | 800 | 0 | 0 | 0 | 24,770 | 1,350 | 0 | 900 | 0 | 17,500 | 10,000 | **114,370** |
| | NET INFLOW / OUTFLOW | | 0 | 0 | 0 | -5,620 | 0 | -30,700 | -22,730 | 0 | 0 | 0 | -800 | 0 | 0 | 0 | -24,770 | -1,350 | 0 | -900 | 0 | -17,500 | -10,000 | -114,370 |
| | CLOSING BANK | **160,000** | 160,000 | 160,000 | 160,000 | 154,380 | 154,380 | 123,680 | 100,950 | 100,950 | 100,950 | 100,950 | 100,150 | 100,150 | 100,150 | 100,150 | 75,380 | 74,030 | 74,030 | 73,130 | 73,130 | 55,630 | **45,630** |