IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. |
| **ENERGY OILFIELD SERVICES LLC** | § | |
| Debtor | § | Chapter 11 |

**ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL**
**[Ref. Dkt. No. ___]**

CAME ON THIS DAY, the Debtor's Emergency Motion For Interim Use of Cash Collateral, and the Court, having considered the pleadings on file and argument of counsel, it is:

**ORDERED**, that the Debtor is authorized to use its cash collateral for necessary business expenses incurred in the ordinary course of business in the categories and amounts listed in the attached Exhibit "A" until the final hearing on use of cash collateral. Further, it is:

**ORDERED**, that the Court shall hold a final hearing on the Debtor's Motion for Use of Cash Collateral on _____, _____, 2015, at _____ o'clock ____.m. in Courtroom _____ at the United States Courthouse, 515 Rusk Street, 4th Floor, Houston, Texas 77002.

SIGNED, this _____ day of _____, 2015.

_____
U.S. BANKRUPTCY JUDGE